# United States District Court

DISTRICT OF _____ DELAWARE _____

UNITED STATES OF AMERICA

v.

LEERONS SABB, JR.

Criminal Complaint 06- 126 M

(Name and Address of Defendant)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>October 26, 2006,</u> in <u>Sussex</u> County, in the District of <u>Delaware,</u> defendant(s), (Track Statutory Language of Offense):

Threatened to assault an official whose killing would be a crime under 18 United States Code, Section 1114, with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties,

in violation of Title ___18___ United States Code, Section(s) __115(a)(1)(B)__.

I further state that I am a(n) <u>Supervisory Special Agent, Federal Protective Service</u> and that this complaint is based
                                           Official Title
on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   YES

_____
Signature of Complainant
Martin J. Hughes
Supervisory Special Agent
Federal Protective Service
U.S. Department of Homeland Security

FILED
OCT 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sworn to before me and subscribed in my presence,

October 27, 2006                                          at      Wilmington, DE
Date                                                              City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer                                  Signature of Judicial Officer

AFFIDAVIT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

1. I, Martin J. Hughes, am a Supervisory Special Agent for the Federal Protective Service, U.S. Department of Homeland Security, Immigration and Customs Enforcement. I have been employed with the Federal Protective Service for a period of approximately three years as a Supervisory Special Agent. Prior to my employment with the Federal Protective Service, I was employed with the Immigration and Naturalization Service for twelve years as a Special Agent. I have in excess of fourteen years service as a sworn Federal Law Enforcement Officer.

2. This affidavit is in support of a criminal complaint charging LEERONS SABB, JR. ("SABB") with violation of Title 18, United States Code, Section 115(a)(1)(B).

3. This affiant is the supervisor of Federal Protective Service Special Agent Edward A. Ryan, who authored the attached affidavit ("AFFIDAVIT OF EDWARD A. RYAN"). I have reviewed the attached affidavit by Special Agent Ryan and adopt it as my own statement. I swear that the attached affidavit is true and correct based on the fact that Special Agent Ryan works for me and informed me that he wrote the attached affidavit based on his personal knowledge of the investigation of SABB.

4. Based upon the facts and information presented above, and in the attached affidavit of Special Agent Ryan, which I swear to and adopt, I have probable cause to believe that on October 26, 2006, LEERONS SABB, JR. did threaten to assault an official whose killing would be a crime under 18 United States Code, Section 1114, with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties, all in violation of Title 18, United States Code, Section 115(a)(1)(B), and respectfully request a Warrant for Arrest.

_____
Martin J. Hughes, Supervisory Agent
Federal Protective Service
U.S. Department of Homeland Security
Immigration and Customs Enforcement


SUBSCRIBED AND SWORN BEFORE ME
THIS _27_ DAY OF _October_, 2006

_____
THE HONORABLE MARY PAT THYNGE
United States Magistrate Judge

## AFFIDAVIT OF EDWARD A. RYAN

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

1. I, Edward A. Ryan, am a Special Agent for the Federal Protective Service, U.S. Department of Homeland Security, Immigration and Customs Enforcement. I have been employed with the Federal Protective Service for a period of approximately four years as a Special Agent. Prior to my employment with the Federal Protective Service, I was employed with the Federal Bureau of Prisons as a Senior Officer Specialist for thirteen years. I have served in the capacity as a Detention Enforcement Officer with the United States Immigration and Naturalization Service for one year. I have in excess of seventeen years service as a sworn Federal Law Enforcement Officer.

2. This affidavit is in support of a criminal complaint charging LEERONS SABB, JR. ("SABB") with violation of Title 18, United States Code, Section 115(a)(1)(B).

3. This affiant initiated an investigation on October 26, 2006, into the reported telephonic threats made by SABB during a telephone conversation on October 26, 2006, at approximately 2:00 p.m., with William Collins, Service Representative for the Social Security Administration District Office located at 600 North DuPont Highway, Georgetown, Delaware. Specifically, SABB stated during the conversation, "I was up at Social Security last week, and I know what door you leave by at night." SABB then stated, "Your Security Guard, the tall one with the billy club and pistol . . . [there was a few seconds gap of silence] I'm a hunter, I've hunted for many years. If I have to sit outside your back door after work, I'll find out who Mrs. Maddox is." (The quotations by SABB and Mrs. Sabb included in this affidavit are what the Social Security Administration employees who spoke directly with the Sabbs reported to this affiant as their recollections of the Sabbs' comments.)

4. Tamara Maddox is a Social Security Administration employee in the position of Technical Expert. Maddox is currently reviewing the Supplemental Security Income application for Tashana Sabb, who is the wife of SABB. Specifically, Maddox is engaged in the review for applicability and qualifications of Tashana Sabb as a program recipient. This review has resulted in the receipt by Maddox of numerous documents and filings by Tashana Sabb and SABB for the purposes of the continued receipt of benefits for their two minor children.

5. On October 26, 2006, at approximately 2:00 p.m., William Collins, a Social Security Administration Service Representative, received a telephone call from Mrs. Sabb. Collins asked Mrs. Sabb for the Social Security Number of one of her children so that he could bring up the appropriate screen and identify whom he was speaking with. Collins input the number Mrs. Sabb gave and pulled up her record. Collins reported that Mrs. Sabb then stated, "Mrs. Maddox has taken all of my children's money away." Collins then heard a male in the background yelling and carrying on. Mrs. Sabb stated that Mrs. Maddox was her neighbor. During the telephone call, Mrs. Sabb stated, "I'm sorry my husband is very upset," and she then attempted to calm him down so that she could speak. During this conversation, SABB frequently yelled

over Mrs. Sabb so that she could not be heard. It appeared to Collins that, based upon the fact that he could hear both of their voices equally, Mrs. Sabb and SABB were speaking on a speakerphone. Mrs. Sabb then asked, "Why does she [referring to Maddox] need to know how many cars we have?" Collins explained to her that if the children were on SSI [Supplemental Security Income], her husband's earnings from employment or any unearned income could offset the SSI amount. Mrs. Sabb stated, "Do you mean to tell me that what my husband makes decreases their SSI?" SABB yelled in the background, "It's none of their fucking business." SABB then stated, "I was up at Social Security last week, and I know what door you leave by at night." SABB continued, "Your Security Guard, the tall one with the billy club and pistol, (there was a few seconds gap of silence), I'm a hunter, I've hunted for many years. If I have to sit outside your back door after work, I'll find out who Mrs. Maddox is." SABB then stated, "What do you care if I have a new car motherfucker." Collins told Mrs. Sabb that he would have to get a Manager to intervene because it was outside the scope of his duties. Collins put the call on hold and notified his Supervisor, Glenn Nathan.

6. On October 26, 2006, Glenn Nathan, after being advised of the nature of the telephone call with Mrs. Sabb and SABB by William Collins, went to the telephone and took the call that Collins had placed on hold. Nathan stated that he then spoke with Tashana Sabb, and knew he was speaking with her because that is who she identified herself as to him. Nathan stated he also knew it was Tashana Sabb because he had recognized her voice from previous conversations. Nathan discussed with Mrs. Sabb why her benefits were being cut off. Tashana Sabb stated they needed the money and needed the checks restarted. Nathan then heard a male in the background start to yell, "You have no business stopping the checks. You have no business calling my sister. You shouldn't be calling my sister. My kids are disabled. You should call my lawyer." Nathan then stated that if they had retained a lawyer, he could speak with the lawyer to resolve the situation to which the male stated, "You don't call my lawyer." Nathan stated that it appeared to him that the Sabb's were using some type of speakerphone because the male was able to immediately respond to comments that he made. Nathan instructed Tashana Sabb that he would check into the status of her claim with Mrs. Maddox and get back to them. The male yelled in the background, "I'm just gonna' wait in the bushes." Nathan stated he advised Tashana Sabb that the comment he had just heard from the male sounded like a threat and he was not going to continue the conversation. The male then yelled, "I did not make a threat; don't put words in my mouth. I never said I was going to kill anyone. I'm not making any threats." Nathan stated he re-iterated that he would speak with Mrs. Maddox and he would call her back, to which the male yelled, "I know Mrs. Maddox lives across the street from me." Nathan stated he advised the male that he was in error and Mrs. Maddox did not live across the street from him, as he had advised him in previous conversations. Nathan told Tashana Sabb that he would call her tomorrow with information.

7. On October 26, 2006, this affiant reviewed a National Crime Information Center (NCIC) Criminal History report based upon the identifying information of SAAB. SAAB was found to have a significant past criminal history.

8. Based upon the facts and information presented above, I have probable cause to believe that on October 26, 2006, LEERONS SABB, JR. did threaten to assault an official whose killing would be a crime under 18 United States Code, Section 1114, with intent to impede, intimidate,

or interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B), and respectfully request a Warrant for Arrest.

_Edward A. Ryan_
Edward A. Ryan, Special Agent
Federal Protective Service
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn to & subscribed before me on October 30, 2007.

_Judge [signature]_