AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

LEERONS SABB, JR.      CASE NUMBER: 06- 126 M

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Dennis D. Carson, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him with (brief description of offense)

Threatening to assault an official whose killing would be a crime under 18 United States Code, Section 1114, with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties,

in violation of Title __18__ United States Code, Section (s) __115(a)(1)(B)__.

| | |
|---|---|
| **Honorable Mary Pat Thynge** | **United States Magistrate Judge** |
| Name of Issuing Officer | **District of Delaware** |
| | Title of Issuing Officer |
| *[signature]* | October 27, 2006   Wilmington, Delaware |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __No Bail__  by *[signature]*
Name of Judicial Officer

FILED OCT 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

This warrant was received and executed with the arrest of the above-named defendant at GREENWOOD, PA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/27/06 | EDWARD RYAN | *Edward J. Ryan* |
| DATE OF ARREST | SPECIAL AGENT | |
| 10/27/06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

**DEFENDANT'S NAME:** Leerons Sabb, Jr.

**ALIAS:**

**LAST KNOWN RESIDENCE:** 1, Greenwood, DE 19950

**LAST KNOWN EMPLOYMENT:**

**PLACE OF BIRTH:**

**DATE OF BIRTH** /1966

**SOCIAL SECURITY NUMBER:** -1498

**HEIGHT:** 5'9"          **WEIGHT:** 130 lbs

**SEX:** Male            **RACE:** Black

**HAIR:** Black           **EYES:** Brown

**SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:**


**FBI NUMBER:** 747022EA2

**COMPLETE DESCRIPTION OF AUTO:**


**INVESTIGATIVE AGENCY AND ADDRESS:** U.S. Department of Homeland Security, Special Agent Ed Ryan, Mellon Independence Center, 701 Market Street, Suite 4200, Philadelphia, PA 19106; (215) 521-2146 (office); (601) 636-1686 (cell)