AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

LEERONS SABB, JR.

**WARRANT FOR ARREST**

CASE NUMBER: 06- 126

**REDACTED**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Leerons Sabb, Jr., when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging him with (brief description of offense)

Threatening to assault an official whose killing would be a crime under 18 United States Code, Section 1114, with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties,

in violation of Title __18__ United States Code, Section (s) __115(a)(1)(B)_____.

**Honorable Mary Pat Thynge**
Name of Issuing Officer

**United States Magistrate Judge**
**District of Delaware**
Title of Issuing Officer

Signature of Issuing Officer

October 30, 2006       Wilmington, Delaware
Date and Location

Bail fixed at $ _____ by _____
                                                  Name of Judicial Officer

FILED OCT 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FILED 06 OCT 31 9 32 AM

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at_ DR, GREENWOOD DE |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/30/06 | EDWARD RYAN | Edward A. Ryan |
| DATE OF ARREST | SPECIAL AGENT | |
| 10/27/06 | | |